AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Dallas Berkshire Partners Ltd <br> *Plaintiff* <br> v. <br> Federal Insurance Company <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 3:25-cv-03273-B <br> ) <br> ) <br> ) <br> ) |

**Summons in a Civil Action**

**TO:** Federal Insurance Company

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

  John Moseley
  1235 N Loop W
  Suite 810
  Houston , TX 77008

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 11/26/2025

*Signature of Clerk or Deputy Clerk*

Civil Action No.  3:25-cv-03273-B

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

☐   This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____ .

☐   I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ;  or

☐   I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐   I served the summons on (*name of individual*) _____ , who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ;  or

☐   I returned the summons unexecuted because   _____ ;  or

☐   other (*specify*)   _____
_____

My fees are $ _____     for travel and $ _____     for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____                              _____
                                                                                                       Server's signature

                                                                                           _____
                                                                                                       Printed name and title

                                                                                           _____
                                                                                                       Server's address

Additional information regarding attempted service, etc: