IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DALLAS BERKSHIRE PARTNERS, LTD., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:25-cv-3273 |
| FEDERAL INSURANCE COMPANY, | § § § | |
| Defendant. | | |

## DEFENDANT FEDERAL INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PARTIES AND <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rules 3.1, 7.4 and 81.1(a)(4)(D), Defendant Federal Insurance Company provides the following information:

Federal Insurance Company is a wholly owned subsidiary of Chubb Limited. Chubb Limited is publicly traded on the New York Stock Exchange (symbol "CB"). No publicly held corporation owns 10% or more of the stock of Chubb Limited.

The following persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities are financially interested in the outcome of the case:

- Dallas Berkshire Partners, Ltd. (Plaintiff)

- J. Zachary Moseley, McClenney Moseley & Associates, PLLC (Attorneys for Plaintiff)

- Federal Insurance Company (Defendant)

- Bennett A. Moss, Steven J. Badger, and Austin J. Taylor, Zelle LLP (Attorneys for

Defendant Federal Insurance Company)

If new parties are added or additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, Defendant will promptly file an amended certificate with the Court.

Respectfully submitted,

**ZELLE LLP**

By: ___*/s/ Bennet A. Moss*___
Steven J. Badger
Texas Bar No. 01499050
sbadger@zellelaw.com
Bennett A. Moss
State Bar No. 24099137
bmoss@zelle.com
Austin J. Taylor
Texas Bar No. 24125862
ataylor@zellelaw.com

901 Main Street, Suite 4000
Dallas, TX  75202
Telephone:     214-742-3000
Facsimile:     214-760-8994

**ATTORNEYS FOR DEFENDANT FEDERAL INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

    A true and correct copy of the foregoing has been served on the following counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on January 9, 2026:

J. Zachary Moseley
Texas Bar No. 24092863
MMA Law Firm, PLLC
1235 N. Loop West, Suite 810
Houston, Texas 77008
Phone: (713) 334-6121
Facsimile: (713) 322-5953
Email: Zach@mma-pllc.com

*Attorney for Plaintiff*

                                      */s/ Bennett A. Moss*
                                       Bennett A. Moss